1

2                    **UNITED STATES DISTRICT COURT**

3                    **EASTERN DISTRICT OF WASHINGTON**

4

5   STEWART A. RIDING,                    )
                                          )
6              Plaintiff,                 )
                                          )          NO.  CV-10-220-CI
7         vs.                             )
                                          )          **JUDGMENT IN A**
8   MICHAEL J. ASTRUE,                    )          **CIVIL CASE**
    Commissioner of Social Security,      )
9                                         )
               Defendant.                 )
10                                        )
    _____ )
11

12     **DECISION BY THE COURT:**

13        This action came to hearing before the court.  The issues have been heard

14  and a decision has been rendered.

15        **IT IS ORDERED AND ADJUDGED** that:

16        Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

17  Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

18        DATED this 19th day of August, 2011.

19                                        JAMES R. LARSEN
                                          District Court Executive/Clerk
20

21

22                              by:    s/Penny Lamb
                                       Deputy Clerk
23

24

25

26  cc: all counsel